**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.H., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-142-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**<u>ORDER</u>**

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) and his motions to appoint counsel. ECF Nos. 3, 6. Petitioner is a native of Eritrea, and he alleges that ICE is attempting to remove him despite Eritrea's refusal to accept Petitioner and ICE's failure to obtain any travel documents or to find another country willing to accept Petitioner. Pet. 2, ECF No. 1. Petitioner contends that he has cooperated with all efforts to remove him from the United States. *Id.* at 4. In their status report, Respondents contend that Petitioner failed to comply with efforts to remove him, possibly including to a third country. Resp'ts' Status Report 1, at 1, ECF No. 14; Blair Decl., ECF No. 14-1.

Under the circumstances of this case and given the factual dispute regarding efforts to remove Petitioner, the Court orders that an evidentiary hearing be held. In order to facilitate the evidentiary hearing, and in compliance with Rule 8(c) of the Rules Governing Habeas Corpus Cases Under Section 2254, which this Court is

applying to Petitioner's § 2241 Habeas case under Rule 1 of those Rules, the Court appoints Charles E. Peeler and Peter D. Leary of the firm Troutman Pepper Locke to represent Petitioner *pro bono* in this case.  Thus, Petitioner's motions to appoint counsel (ECF Nos. 3, 6) are GRANTED.

The parties are ordered to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

1) whether discovery is necessary and, if so, the scope and timeframe of such discovery;

2) a briefing schedule, to include any anticipated amended filings;

3) proposed dates for the evidentiary hearing; and

4) any other matters the parties deem pertinent.

Any disagreement by the parties should be outlined in the submitted order so the Court can resolve them.

**SO ORDERED**, this 24th day of July, 2026.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

2